JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA LONG, | ) Case No. CV 12-3977-GAF (OP) |
| Plaintiff, | ) |
| | ) JUDGMENT |
| v. | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

Pursuant to the Order re: Dismissal of Civil Rights Complaint for Lack of Jurisdiction,

IT IS ADJUDGED that Judgment be entered dismissing the Complaint in this action for lack of jurisdiction.

DATED: January 9, 2013

*/s/ Gary Feess*

HONORABLE GARY A. FEESS
United States District Judge